JUL 14 2026 PM3:48
FILED - USDC - FLMD - JAX

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ALBERT DUANE CHESTER II

**WAIVER OF INDICTMENT**

Criminal No. 3:26-cr-140-MMH-LLL

I, ALBERT DUANE CHESTER II, the above-named defendant, who is accused of conspiring to execute a scheme to fraudulently obtain Medicare and Medicaid reimbursements for HIV prophylactic medications in violation of 18 U.S.C. § 1347, in violation of 18 U.S.C. § 1349, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

______________________________
ALBERT DUANE CHESTER II
Defendant

______________________________
ELIZABETH L. WHITE
MATTHEW R. KACHERGUS
Counsel for Defendant

Before ______________________________
Judicial Officer